UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| FRANCIS MARTINZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.   2:16-cv-269 |
| DAPAN ENTERTAINMENT, INC., | ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff, Francis Martinez, by counsel, George T. Blackmore, and Defendant, Dapan Entertainment, Inc., by counsel, Brian M. Smith (collectively, the "Parties"), hereby jointly stipulate and agree that Plaintiff's June 24, 2016 Complaint (the "Complaint") shall be dismissed. Said dismissal shall be <u>with prejudice</u> and each party shall bear its own costs and attorneys' fees.

WHEREFORE, the Parties stipulate and agree to the dismissal of the Complaint with prejudice.

Date: October 3, 2018

FRANCIS MARTINEZ                                    DAPAN ENTERTAINMENT, INC.


By:   /s/ George T. Blackmore                By:   /s/ Brian M. Smith
George T. Blackmore                                 Brian M. Smith, #25802-64
21411 Civic Center Dr., Ste. 200             LAW OFFICES OF BRIAN M. SMITH, P.C.
Southfield, MI 48076                                2260 W. 93rd Avenue
george@blackmorelawplc.com              Merrillville, IN 46410
(248) 845-8594                                          (219) 769-2051
(480) 999-0665 (fax)                                (219) 769-8801 (facsimile)
Attorney for Plaintiff                                  attybmsmith15@gmail.com
                                                                  Attorney for Defendant